IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER CAMPBELL                                                      PLAINTIFF

        v.                    Civil No. 10-3031

JASON DAY, Jail Administrator,
Boone County Detention Center;
SGT. JASON SILVA; MR. DUCK,
Jailer; and MRS. HOWARD, Jailer                           DEFENDANTS

## **ORDER**

Plaintiff has submitted an application to proceed *in forma pauperis* (Doc. 1). The motion (Doc. 1) is granted. Pursuant to the provisions of the Prison Litigation Reform Act, the clerk is directed to collect the $350 filing fee from the Plaintiff.

**The clerk is directed to make the following corrections on the docket sheet:** (1) Mrs. Duck, Jailer, should be changed to Mr. Duck, Jailer; and (2) Dr. Howard, Mrs. Jailer, should be changed to Mrs. Howard, Jailer.

The Court hereby directs the United States Marshal to serve the Defendants Jason Day, Jason Silva, Mr. Duck, and Mrs. Howard. The Defendants may be served at the Boone County Detention Center, 5800 Law Drive, Harrison, AR 72601

Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

IT IS SO ORDERED this 3rd day of June 2010.

                                                             /s/ *J. Marschewski*
                                                 HON. JAMES R. MARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE