IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER CAMPBELL                                                                                    PLAINTIFF

      v.                                    Civil No. 10-3031

JASON DAY, Jail Administrator,
Boone County Detention Center;
SGT. JASON SILVA; MR. DUCK,
Jailer; and MRS. HOWARD, Jailer                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      This is a civil rights action filed by the Plaintiff pursuant to the provisions of 42 U.S.C. § 1983.  He proceeds *in forma pauperis* and *pro se*.  At the time he filed this case, Plaintiff was incarcerated at the Boone County Detention Center.

      By order entered on December 13, 2010 (Doc. 19), Defendants' motion to compel was granted and Plaintiff was instructed to respond to Defendants' interrogatories and a request for the production of documents by December 30th.  While Plaintiff responded to the interrogatories, he failed to respond to the request for the production of documents.  The request was for an authorization to be executed by the Plaintiff for the release of his records.

      On January 24, 2011, Defendants' filed a motion to dismiss (Doc. 23) based on Plaintiff's failure to comply with the Court's order.  Plaintiff has failed to respond to the motion to dismiss.  A show cause order (Doc. 25) was entered on April 7, 2011.  Plaintiff was given until April 29, 2011, to show cause why this action should not be dismissed based on his failure to obey the order of the Court and his failure to prosecute this action.

      The show cause order was mailed to Plaintiff at the address contained on the docket sheet,

the Arkansas Department of Correction, Randall L. Williams Correctional Facility, in Pine Bluff, Arkansas. On April 14, 2011, the show cause order was returned as undeliverable. Plaintiff has not contacted the Court with a new address. No other address is available.

I therefore recommend that Defendants' motion to dismiss (Doc. 23) be granted and this action dismissed based on Plaintiff failures to obey the orders of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of May 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE