IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER CAMPBELL                                              PLAINTIFF

            v.                    Civil No. 10-3031

JASON DAY, Jail Administrator,
Boone County Detention Center;
SGT. JASON SILVA; MR. DUCK,
Jailer; and MRS. HOWARD, Jailer                            DEFENDANTS

O R D E R

Now on this 6th day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

IT IS SO ORDERED.

        /s/ Jimm Larry Hendren
       JIMM LARRY HENDREN
       UNITED STATES DISTRICT JUDGE